UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OSCAR L. WASHINGTON SR.,

    Plaintiff,

v.                                               Case No. 8:08-CV-48-T-23-TBM

FLORIDA DEPARTMENT OF CHILDREN
AND FAMILIES, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. No. 2), Motion to Appoint Counsel (Doc. No. 4), Motions to Amend or Correct the Complaint (Doc. Nos. 8, 10, 12, 13, 14, 16, 18, 20), Request for Judicial Notice, Motion for Protective Order and Motion to Expidate [sic] Case (Doc. No. 22), and Motions to File Electronically (Doc. Nos. 17, 19). These motions were considered by the United States Magistrate Judge.

Magistrate Judge McCoun filed his Report and Recommendation, recommending that Plaintiff's application to proceed in forma pauperis be denied without prejudice, that Plaintiff's complaint be dismissed without prejudice, that Plaintiff be permitted to amend his Complaint, that all other motions to amend be denied as moot, that Plaintiff's motion for appointment of counsel and request for judicial notice, protective order, and to expedite the case be denied as moot, and that Plaintiff be permitted to file electronically. (Doc. No. 25.) Plaintiff was furnished copies of the Report and Recommendation on February 27, 2008, and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff filed objections and

amended objections to the Magistrate's Report on March 4, 2008.  (Doc. Nos. 27, 29.)

Upon consideration of the Report and Recommendation and Plaintiff's objections, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 25) is adopted and incorporated by reference in this Order of the Court;

(2) Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is **DENIED WITHOUT PREJUDICE**;

(3) Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**, and Plaintiff is directed to file an Amended Complaint consistent with the pleading requirements of the Federal Rules of Civil Procedure on or before March 25, 2008.  Plaintiff is directed to pay the appropriate filing fee or submit an amended application to proceed *in forma pauperis* with the Amended Complaint.  Plaintiffs failure to do so may result in a dismissal of this action without further notice;

(4) Plaintiff's Motion for Appointment of Counsel (Doc. No. 4) is **DENIED AS MOOT**;

(5) Plaintiff's motions to amend or correct the complaint (Doc. Nos. 8, 10, 12, 13, 14, 16, 18, 20) are **DENIED AS MOOT**.  The additional motion to amend that Plaintiff filed after the Report and Recommendation was entered (Doc. No. 28) is **DENIED AS MOOT** for the same reasons as stated in the Report and

Recommendation;

(6)  Plaintiff's Request for Judicial Notice, Motion for Protective Order, and Motion to Expidate [sic] Case (Doc. No. 22) is **DENIED AS MOOT**;

(7)  Plaintiff's Motion to Opt-Out or Remove from Arbitration and Request for Tack [sic] Three Classification (Doc. No. 11) is **DENIED**;

(8)  Plaintiff's Motion to File Electronically (Doc. No. 17) is **GRANTED**, and the identical motion filed subsequently (Doc. No. 19) is **DENIED AS MOOT**. Plaintiff is directed to sign up for CM/ECF, enter an email address in his CM/ECF account, and electronically file a notice of compliance with this Court's Order by March 25, 2008. The Clerk is directed not to send paper copies to Plaintiff after sending this Order. The Court warns Plaintiff that if at any time the Court determines that Plaintiff has abused his access to the electronic filing system by, for example, filing multiple identical copies of the same pleading, by needlessly filing "emergency" motions, or by filing amended pleadings without referencing to the Court the purpose of the amendment, the Court will no longer permit him to file electronically;

(9)  Finally, the Court notes that, even though Plaintiff is proceeding pro se, he is obligated to follow the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the Administrative Procedures for Electronic Filing when litigating before this Court. The Court directs Plaintiff to obtain a copy of these rules and procedures, which can be found by accessing the Court's website at www.flmd.uscourts.gov.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of March, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record