UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OSCAR L. WASHINGTON, SR.,

    Plaintiff,

v.                            CASE NO:   8:08-cv-48-T-33TBM

STATE OF FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES, et al.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff's "Move to Set Aside District Court Judgments and State Court Void Orders and Judgments with Collateral Attack Under Authority and Memorandum of Law In Support Thereof Local Rule 3.01(e) and Rule 60(b)(4)" (Doc. # 334).  For the reasons stated below, the motion is denied.

Plaintiff appears to be seeking two types of relief. First, Plaintiff "seeks to set aside District Court orders (Doc. # 194, 212, 238 and 303)."  (Doc. # 334 at p. 5). Plaintiff cites to Rule 60(b)(4), Fed. R. Civ. P., in support of his motion.  Each of the Orders that Plaintiff seeks to set aside are Orders adopting reports and recommendations of the Magistrate Judge and granting, at least in part, motions to dismiss filed by various Defendants.  Rule 60(b) of the

Federal Rules of Civil Procedure provides that "the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: ... (4) the judgment is void." The Court finds that Plaintiff has not met the standard under Rule 60(b) for vacating the enumerated Orders.

Next, Plaintiff seeks to collaterally attack state court ex parte orders and judgments. The orders and judgments that Plaintiff seeks to collaterally attack, however, are not the subject matter of this action. Plaintiff's second amended complaint (Doc. #45) does not mention the state court actions, orders or judgments that Plaintiff now seeks to attack. The claims in this case have been established by the second amended complaint, this Court's Orders on the Defendants' motions to dismiss and Defendants' answers. Plaintiff cannot now add claims to this action or just seek miscellaneous legal relief because he has a case pending before this Court. This action is not an open forum for all legal issues upon which Plaintiff wishes to be heard.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff's "Move to Set Aside District Court Judgments and State Court Void Orders and Judgments with Collateral Attack Under Authority and Memorandum of Law In Support

Thereof Local Rule 3.01(e) and Rule 60(b)(4)" (Doc. # 334) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>23rd</u> day of September, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties and Counsel of Record